B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lexi Development Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1641551** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7301 SW 57 Ct<br>Ste 565<br>South Miami, FL**<br>ZIP Code **33143** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1700 Kennedy Causeway (commercial space) and<br>7901 Hispanola Avenue (residential space)<br>North Bay Village, FL 33141** |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☑ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lexi Development Company, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Lexi Development Company, Inc.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Peter D. Russin**
Signature of Attorney for Debtor(s)

**Peter D. Russin 765902**
Printed Name of Attorney for Debtor(s)

**Meland Russin & Budwick, P.A.**
Firm Name

**200 South Biscayne Boulevard**
**Suite 3000**
**Miami, FL 33131**

Address

**Email: www.melandrussin.com**
**(305) 358-6363  Fax: (305) 358-1221**
Telephone Number

**June 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Scott A. Greenwald**
Signature of Authorized Individual

**Scott A. Greenwald**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 23, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Lexi Development Company, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Berman, Rennert, Vogel & Mandler 100 SE 2nd St Ste 2900 Miami, FL 33131 | Berman, Rennert, Vogel & Mandler 100 SE 2nd St Ste 2900 Miami, FL 33131 | legal services for 2008 property tax appeals | | 11,378.88 |
| Claudia Glasser 7901 Hispanola Avenue Unit 606 N. Bay Village, FL 33141 | Claudia Glasser 7901 Hispanola Avenue Unit 606 N. Bay Village, FL 33141 | Last Month's Rent for Leased Unit | Contingent | 2,650.00 |
| Claudia Glasser 7901 Hispanola Avenue Unit 606 N. Bay Village, FL 33141 | Claudia Glasser 7901 Hispanola Avenue Unit 606 N. Bay Village, FL 33141 | Security Deposit for Leased Unit | Contingent | 2,650.00 |
| David Levin and Beth Cohen 7901 Hispanola Avenue Unit 1111 N. Bay Village, FL 33141 | David Levin and Beth Cohen 7901 Hispanola Avenue Unit 1111 N. Bay Village, FL 33141 | Last Month's Rent for Leased Unit | Contingent | 2,325.00 |
| Gerson Preston Robinson 666 71st St Miami Beach, FL 33141 | Gerson Preston Robinson 666 71st St Miami Beach, FL 33141 | accounting services for preparation of 2005-2008 tax returns | | 60,240.00 |
| Great Florida Bank 15050 NW 79 Ct Ste 200 Miami Lakes, FL 33016 | Great Florida Bank 15050 NW 79 Ct Ste 200 Miami Lakes, FL 33016 | mezzanine loan | | 8,000,000.00 |
| Jeffrey Bullard 7901 Hispanola Avenue Unit 1410 N. Bay Village, FL 33141 | Jeffrey Bullard 7901 Hispanola Avenue Unit 1410 N. Bay Village, FL 33141 | Security Deposit for Leased Unit | Contingent | 3,850.00 |
| Miami-Dade County Tax Collector Paralegal Unit 140 W Flagler St, 14 FL Miami, FL 33130 | Miami-Dade County Tax Collector Paralegal Unit 140 W Flagler St, 14 FL Miami, FL 33130 | 2008 real property taxes (including interest as of 5/31/10) | | 554,923.03 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Lexi Development Company, Inc.**                                      Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 W Flagler St, 14 FL<br>Miami, FL 33130 | Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 W Flagler St, 14 FL<br>Miami, FL 33130 | 2009 real property taxes | Disputed | 482,189.92 |
| Modular Space Corporation fka Resun Leasing, Incorporated<br>1200 Swedesford Road<br>Berwyn, PA 19312 | Modular Space Corporation fka Resun Leasing, Incorporated<br>1200 Swedesford Road<br>Berwyn, PA 19312 | trailer rental | Disputed | 17,240.91 |
| Neal Realty & Investments, Inc.<br>3300 N Federal Hwy<br>Ste 250<br>Fort Lauderdale, FL 33306 | Neal Realty & Investments, Inc.<br>3300 N Federal Hwy<br>Ste 250<br>Fort Lauderdale, FL 33306 | Commission on City of North Bay Village lease at The Shoppes at the Lexi | | 15,318.00 |
| Noel Davis<br>7901 Hispanola Avenue<br>Unit 1408<br>N. Bay Village, FL 33141 | Noel Davis<br>7901 Hispanola Avenue<br>Unit 1408<br>N. Bay Village, FL 33141 | Security Deposit for Leased Unit | Contingent | 3,225.00 |
| Pegasus Interiors<br>9855 Pan American Dr<br>Miami, FL 33189 | Pegasus Interiors<br>9855 Pan American Dr<br>Miami, FL 33189 | build outs for units | | 22,386.64 |
| Roland Sabates<br>7901 Hispanola Avenue<br>Unit 1602<br>N. Bay Village, FL 33141 | Roland Sabates<br>7901 Hispanola Avenue<br>Unit 1602<br>N. Bay Village, FL 33141 | Leased Unit (option exercised) | Contingent | 294,000.00 |
| Siegfried Rivera Lerner<br>201 Alhambra Cir<br>Ste 1102<br>Coral Gables, FL 33134 | Siegfried Rivera Lerner<br>201 Alhambra Cir<br>Ste 1102<br>Coral Gables, FL 33134 | legal services | | 15,242.85 |
| Stella Neumann<br>7901 Hispanola Avenue<br>Unit 1607<br>N. Bay Village, FL 33141 | Stella Neumann<br>7901 Hispanola Avenue<br>Unit 1607<br>N. Bay Village, FL 33141 | Last Month's Rent for Leased Unit | Contingent | 2,390.00 |
| Stella Neumann<br>7901 Hispanola Avenue<br>Unit 1607<br>N. Bay Village, FL 33141 | Stella Neumann<br>7901 Hispanola Avenue<br>Unit 1607<br>N. Bay Village, FL 33141 | Security Deposit for Leased Unit | Contingent | 2,390.00 |
| The Lexi Condominium Association, Inc.<br>c/o The Continental Group<br>2950 NW 28th Terr.<br>Hollywood, FL 33020 | The Lexi Condominium Association, Inc.<br>c/o The Continental Group<br>2950 NW 28th Terr.<br>Hollywood, FL 33020 | HOA | | 354,950.00 |
| Zachary Weisz<br>Robert Jones and Eli Klein<br>7901 Hispanola Avenue<br>Unit 1611<br>N. Bay Village, FL 33141 | Zachary Weisz<br>Robert Jones and Eli Klein<br>7901 Hispanola Avenue<br>N. Bay Village, FL 33141 | Last Month's Rent for Leased Unit | Contingent | 2,400.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Lexi Development Company, Inc.**                                              Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Zachary Weisz**<br>**Robert Jones and Eli Klein**<br>**7901 Hispanola Avenue**<br>**Unit 1611**<br>**N. Bay Village, FL 33141** | **Zachary Weisz**<br>**Robert Jones and Eli Klein**<br>**7901 Hispanola Avenue**<br>**N. Bay Village, FL 33141** | **Security Deposit for Leased Unit** | **Contingent** | **2,400.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 23, 2010**                              Signature   **/s/ Scott A. Greenwald**

                                                                                **Scott A. Greenwald**
                                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

3 Design
4300 Biscayne Blvd
Ste G-04
Miami, FL 33137


Aaron Cohen
7901 Hispanola Avenue
Unit 1909
N. Bay Village, FL 33141


Alfred Allen
and JoeAnn Allen
7901 Hispanola Avenue
Unit 1008
N. Bay Village, FL 33141


Alison Dolan
7900 Harbor Island
Apt 1119
N. Bay Village, FL 33141


Angelo Piperni
Mena Piperni and David Piperni
1532 Hampshire Crescent
Mississauga, Ontario L56 4P7
CANADA


AT&T
PO Box 105262
Atlanta, GA 30348


Berman, Rennert, Vogel & Mandler
100 SE 2nd St
Ste 2900
Miami, FL 33131


Bonnier Corporation
PO Box 406480
Atlanta, GA 30384-6480


Brandon Tierney
and Katy Brewer Tierney
7901 Hispanola Avenue
Unit 701
N. Bay Village, FL 33141

```
Bunny Hart
7330 Ocean Terr
Apt 2103
Miami Beach, FL 33141


Caleb McDonald
and Rei Nakamura
7901 Hispanola Avenue
Unit 1706
N. Bay Village, FL 33141


Christopher Smith
7901 Hispanola Avenue
Unit 1411
N. Bay Village, FL 33141


CJN Eateries, Inc. dba Mario the Baker
7536 Bounty Ave
N. Bay Village, FL 33141


Claudia Glasser
7901 Hispanola Avenue
Unit 606
N. Bay Village, FL 33141


David Levin
and Beth Cohen
7901 Hispanola Avenue
Unit 1111
N. Bay Village, FL 33141


Diana Tellez
7901 Hispanola Avenue
Unit 905
N. Bay Village, FL 33141


Enrique Baloyra
7901 Hispanola Avenue
Unit 1509
N. Bay Village, FL 33141


Executive 2000 Courier
1333 S. Miami Ave
Ste 200
Miami, FL 33130
```

Fedex
PO Box 660481
Dallas, TX 75266


Frank Kasunic
and Adrianna Kasunic
7901 Hispanola Avenue
Unit 1505
N. Bay Village, FL 33141


Gavilan, Inc.
d/b/a Central Veterinary Clinic
Josephj M. Sarmiento, DVM, Reg Agent
1718 W Flagler St
Miami, FL 33135


Gerson Preston Robinson
666 71st St
Miami Beach, FL 33141


Gina Hickey
7901 Hispanola Avenue
Unit 1207
N. Bay Village, FL 33141


Great Florida Bank
15050 NW 79 Ct
Ste 200
Miami Lakes, FL 33016


Home Media
4342 Sheridan Ave
Loft 5
Miami Beach, FL 33141


Island Contractors/Pegasus Interiors
9855 Pan American Dr
Miami, FL 33189


Jan Verleur
7901 Hispanola Avenue
Unit 1004
N. Bay Village, FL 33141

Javier Kitaigrodgsky
and Alejandra Slatapolsky
7901 Hispanola Avenue
Unit 1203
N. Bay Village, FL 33141


Jean-Michel D. Wuthrich
Figuiers 20
PO Box 1538
Lausanne 1001
SWITZERLAND


Jeffrey Bullard
7901 Hispanola Avenue
Unit 1410
N. Bay Village, FL 33141


Jeffrey Richards
7901 Hispanola Avenue
Unit 808
N. Bay Village, FL 33141


Jerome Miller
7901 Hispanola Ave
Unit 1407
N. Bay Village, FL 33141


John Copeland
and Carrie Copeland
7901 Hispanola Avenue
Unit 706
N. Bay Village, FL 33141


Jose Mena
and Eddyme Danger
7901 Hispanola Avenue
Unit 1807
N. Bay Village, FL 33141


Juan Guerrero
Marcia Elizalde
800 W Ave
Apt 420
Miami Beach, FL 33139

Katherine Nelson
7901 Hispanola Avenue
Unit 805
N. Bay Village, FL 33141


Kelly Maragni
and Damian Aguirrechu
7901 Hispanola Avenue
Unit 1007
N. Bay Village, FL 33141


Kimberly Daniele
and Juan Matas
7901 Hispanola Avenue
Unit 1103
N. Bay Village, FL 33141


Lexi 2001, LLC
Attn: Pablo Smulevich
19423 NE 17th St
N. Miami Beach, FL 33179


Lexi North Bay, LLC
Attn: David A. Dean
4801 PGA Blvd
Palm Beach Gardens, FL 33418


Lillian Cesar
and Renato Cruzalegui
7901 Hispanola Avenue
Unit 1206
N. Bay Village, FL 33141


Lisa Britton
7901 Hispanola Avenue
Unit 1107
N. Bay Village, FL 33141


Maria Drobizheva
7901 Hispanola Avenue
Unit 806
N. Bay Village, FL 33141


Miami-Dade County Tax Collector
Paralegal Unit
140 W Flagler St, 14 FL
Miami, FL 33130

Modular Space Corporation
fka Resun Leasing, Incorporated
1200 Swedesford Road
Berwyn, PA 19312


Neal Realty & Investments, Inc.
3300 N Federal Hwy
Ste 250
Fort Lauderdale, FL 33306


Noel Davis
7901 Hispanola Avenue
Unit 1408
N. Bay Village, FL 33141


Pegasus Interiors
9855 Pan American Dr
Miami, FL 33189


RAM Realty II NR, LLC
4801 PGA Blvd
Palm Beach Gardens, FL 33418


Raymond Zayas
and Anthony Santiago
7901 Hispanola Avenue
Unit 1605
N. Bay Village, FL 33141


Realtor Association of Miami-Dade
2915 Biscayne Blvd
Miami, FL 33137


Regions Bank
2800 Ponce de Leon Blvd.
Coral Gables, FL 33134


Roland Sabates
7901 Hispanola Avenue
Unit 1602
N. Bay Village, FL 33141


Salvatore Polizzi and Joseph Pisano
371 Marshall St
Oceanside, NY 11572

Samer Barazi
c/o Alain Lecusay, Esq.
Courthouse Plaza, Ste 610
28 W Flagler St
Miami, FL 33130


Samuel Zamacona
and Sandra  Zamacona
7901 Hispanola Avenue
Unit 1003
N. Bay Village, FL 33141


Scott A. Greenwald
7301 SW 57 Ct
Ste 565
South Miami, FL 33131


Siegfried Rivera Lerner
201 Alhambra Cir
Ste 1102
Coral Gables, FL 33134


Stella Neumann
7901 Hispanola Avenue
Unit 1607
N. Bay Village, FL 33141


Tarik Husain
Natalie Hotta
1500 Bay Rd
Apt 866
Miami Beach, FL 33139


The City of North Bay Village
1666 Kennedy Causeway
Ste 700
N. Bay Village, FL 33141


The Lexi Condominium Association, Inc.
c/o The Continental Group
2950 NW 28th Terr.
Hollywood, FL 33020


Thu Nguyen
7901 Hispanola Avenue
Unit 707
N. Bay Village, FL 33141

Zachary Weisz
Robert Jones and Eli Klein
7901 Hispanola Avenue
Unit 1611
N. Bay Village, FL 33141


Allen Greenwald
and Jill Greenwald
7301 SW 57 Ct
Ste 565
South Miami, FL 33133


Mark L. Riven, P.A.
re: Central Veterinary Clinic
1550 Madruga Ave
Ste 120
Coral Gables, FL 33146


Peter D. Cummings & Assoc, Inc.
4801 PGA Blvd
Palm Beach Gardens, FL 33418


Raymond V. Miller, Esquire
Gunster, Yoakley & Stewart, PA
2 S Biscayne Blvd, Ste 3400
Miami, FL 33131-1897


Alisa Greenbacher
c/o Elston Investments
38304 North-Shore Ave
Attn: Cindy Glass
Beach Park, IL 60087


Allen R. Greenwald and
Jill F. Greenwald
7301 SW 57 Ct
Ste 565
South Miami, FL 33143


Andrea S. Greenwald
5235 N Bay Rd
Miami Beach, FL 33140

Barrie Lynn Cole
c/o Elston Investments
38304 North-Shore Ave
Attn: Cindy Glass
Beach Park, IL 60087


Dara Gay Cole
c/o Elston Investments
38304 North-Shore Ave
Attn: Cindy Glass
Beach Park, IL 60087


Gary L. Brown
and Mindy H. Brown
c/o Eisinger Brown
4000 Hollywood Blvd, Ste 265 S
Hollywood, FL 33021


Halli Zelac
c/o Eric Schwartz
12217 Tillinghast Cir
Palm Beach Gardens, FL 33418


Hannah Pross
c/o Elston Investments
38304 North-Shore Ave
Attn: Cindy Glass
Beach Park, IL 60087


J. Max Development Company, LLC
7301 SW 57 Ct
Ste 565
South Miami, FL 33143


Jerome Greenwald
c/o Elston Investments
38304 North-Shore Ave
Attn: Cindy Glass
Beach Park, IL 60087


Leslie Wurzburger
c/o Eric Schwartz
12217 Tillinghast Cir
Palm Beach Gardens, FL 33418

```
Scott A. Greenwald
and Amy Greenwald
7301 SW 57 Ct
Ste 565
South Miami, FL 33143


Timothy Neal
and Shayna Altman-Neal
c/o Neal Property Management
3300 N Federal Hwy, Ste 250
Fort Lauderdale, FL 33306


Todd Schwartz
c/o Eric Schwartz
12217 Tillinghast Cir
Palm Beach Gardens, FL 33418


Tyler Schwartz
c/o Eric Schwartz
12217 Tillinghast Cir
Palm Beach Gardens, FL 33418


Wendy Jo Cole
c/o Elston Investments
38304 North-Shore Ave
Attn: Cindy Glass
Beach Park, IL 60087
```

# United States Bankruptcy Court
### Southern District of Florida

In re   **Lexi Development Company, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Scott A. Greenwald**, declare under penalty of perjury that I am the **President/Manager** of **Lexi Development Company, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22nd day of June, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Scott A. Greenwald, President/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Scott A. Greenwald, President/Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Scott A. Greenwald, President/Manager** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date   **June 22, 2010**

Signed   **/s/ Scott A. Greenwald**

**Scott A. Greenwald**

Resolution of Board of Directors
of
**Lexi Development Company, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Scott A. Greenwald, President/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Scott A. Greenwald, President/Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Scott A. Greenwald, President/Manager** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.

Date  **June 22, 2010**                                    Signed   **/s/ Scott A. Greenwald**
                                                                    **Scott A. Greenwald**