

# ORDERED in the Southern District of Florida on November 05, 2010.

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

LEXI DEVELOPMENT COMPANY, INC.,    Case No. 10-27573-AJC
                                    Chapter 11
    Debtor.
_____/

### AGREED ORDER ON AGREED MOTION TO (I) EXTEND THE DEBTOR'S EXCLUSIVE PERIOD TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; (II) EXTEND DEBTOR'S EXCLUSIVE PERIOD TO SOLICIT AND OBTAIN ACCEPTANCES OF PLAN OF REORGANIZATION; AND (III) EXTEND DEADLINE TO COMPLY WITH 11 U.S.C. § 362(d)(3)

**THIS MATTER** came before the Court upon the Agreed Motion to (I) Extend the Debtor's Exclusive Period to File Disclosure Statement and Plan of Reorganization; (II) Extend Debtor's Exclusive Period to Solicit and Obtain Acceptances of Plan of Reorganization; and (III) Extend Deadline to Comply with 11 U.S.C. § 362(d)(3) (the "***Motion***"). The Court having considered the Motion, the record in this matter, and noting that Lexi North Bay, LLC consents to the entry of this

1

Agreed Order, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor's exclusive period to file its Disclosure Statement and Plan of Reorganization, and comply with 11 U.S.C. § 362(d)(3), is extended for cause by ten (10) days, up to and including November 15, 2010.

3. The Debtor's exclusive right to solicit acceptances of the Debtor's Plan of Reorganization is extended for cause up to and including the date of the confirmation hearing.

###

**Submitted by:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for the Debtor*

**Copies to:**
Joshua W. Dobin, Esquire
(Attorney Dobin shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)